UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PHLISIDA GIBBS, on behalf of herself
and all others similarly situated,

    Plaintiff,

v.                                                                   Case No.: 8:17-cv-2187-EAK-JSS

CENTERPLATE, INC., VOLUME
SERVICES, INC., SERVICE AMERICA
CORPORATION and CENTERPLATE
HOSPITALITY VENTURE,

    Defendants.

## ORDER

**THIS CAUSE** is before the Court pursuant to the Report and Recommendation (Doc. 43) ("**R&R**") submitted by United States Magistrate Judge Julie S. Sneed on the parties' Joint Motion for Final Approval of Class Action Settlement (Doc. 39) and Plaintiff's Unopposed Motion for Attorneys' Fees and Costs and a Class Representative Service Award (Doc. 38). Through the Joint Motion for Final Approval of Class Action Settlement, the parties seek the Court's final approval of the parties' Joint Stipulation of Class Settlement ("**Settlement Agreement**") (Doc. 39-1). Through the Unopposed Motion for Attorneys' Fees and Costs and a Class Representative Service Award, Plaintiff seeks Court approval of the attorneys' fees, costs, including the costs of notice to the class and settlement administration, and Plaintiff's service award pursuant to the Settlement Agreement.

Case No.: 8:17-cv-2187-EAK-JSS

Through her well-reasoned R&R, Judge Sneed recommends that the Court grant both motions.

Under the Federal Magistrate's Act ("**Act**"), Congress vested Article III judges with the power to "designate a magistrate judge to hear and determine any pretrial matter pending before the court," subject to various exceptions. 28 U.S.C. § 636(b)(1)(A). The Act further vests magistrate judges with authority to submit proposed findings of fact and recommendations for disposition by an Article III judge. 28 U.S.C. § 636(b)(1)(B). "Within fourteen days after being served with a copy [of a magistrate judge's Report and Recommendation], any party may serve and file written objections to [the magistrate judge's] proposed findings and recommendations." 28 U.S.C. § 636(b)(1). On review by the district court, "the court shall make a *de novo* determination of those portions of the report . . . to which objection is made." Id. When no timely and specific objections are filed, caselaw indicates the district court should review the magistrate judge's findings using a clearly erroneous standard. See Gropp v. United Airlines, Inc., 817 F. Supp. 1558, 1562 (M.D. Fla. 1993).

On December 31, 2018, the parties filed a joint notice (Doc. 44) indicating they have no objections to the R&R. After careful consideration of the R&R, in conjunction with an independent examination of the file, the Court finds that the

2

Case No.: 8:17-cv-2187-EAK-JSS

R&R is well-reasoned, correct, and not clearly erroneous. The R&R is thus adopted by the Court and incorporated into this Order by reference.

**ACCORDINGLY**, it is therefore **ORDERED** and **ADJUDGED** that:

1. Judge Sneed's Report and Recommendation (Doc. 43) is **ADOPTED, CONFIRMED**, and **APPROVED** in all respects and is made a part of this Order for all purposes.

2. The parties' Joint Motion for Final Approval of Settlement (Doc. 39) is **GRANTED** and the Settlement Agreement (Doc. 39-1) is **APPROVED**.

3. Plaintiff's Unopposed Motion for Attorneys' Fees and Costs (Doc. 38) is **GRANTED**.

4. Class Counsel is awarded $176,850.00 in reasonable attorneys' fees, which is equal to 30% of the Settlement Fund.

5. Class Counsel is awarded costs in the amount of $5,494.34.

6. In accordance with the Settlement Agreement, Class Counsel is entitled to payment from the common fund to Simpluris for providing notice and settlement administration service to the class.

7. Named Plaintiff, Phlisida Gibbs, is awarded a service award in the amount of $5,000.00.

8. On or before February 6, 2019, the parties shall submit a stipulated form of final judgment or stipulation of dismissal.

Case No.: 8:17-cv-2187-EAK-JSS

**DONE** and **ORDERED** in Chambers, in Tampa, Florida this 7th day of January, 2019.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies Furnished To:

Counsel/Parties of Record

4